MAURICE F. SIMON, Respondent, *v.* NOMA ELECTRIC CORPORATION et al., Appellants, et al., Defendants.

First Department, February 26, 1943.

*Philip Warshaw* of counsel (*William L. Schwartz,* attorney), for appellants Noma Electric Corporation, Air Conditioners Sales Corporation and Henri Sadacca.

*Arthur Phelps Marr,* appellant in person.

*Samuel Rubin* of counsel (*David J. Colton,* attorney), for respondent.

*Per Curiam.* We think the plaintiff is limited to commissions on the purchase price of $500 for the stock of Air Conditioners Sales Corporation and on $5,750 of salary received by the defendant Marr. The amount of the loans made by Noma Electric Corporation to Air Conditioners Sales Corporation after it had acquired all the stock was not, in our opinion, within the contemplation of the parties, since such loans would in no way benefit the parties then in control of Air Conditioners Sales Corporation, in whose interest the contract with plaintiff's assignor was made.

The judgment so far as appealed from should accordingly be modified by reducing the amount to $625, and as so modified affirmed without costs.

Dore, J. (dissenting). No authority was shown to make the contract claimed on behalf of the corporations; it is too vague, indefinite and uncertain to be enforceable; and plaintiff failed to establish any liability on any of his causes of action against any of the defendants.

The judgment so far as appealed from should be reversed with costs, and the complaint dismissed with costs.

Martin, P. J., Townley, Glennon and Untermyer, JJ., concur with Per Curiam opinion; Dore, J., dissents and votes to reverse and dismiss the complaint in opinion.

Judgment, so far as appealed from, modified by reducing the amount to $625, and as so modified affirmed without costs. Settle order on notice.